1  PHILLIP A. TALBERT
   United States Attorney
2  ANDRÉ M. ESPINOSA
   ROSANNE L. RUST
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5
   Attorneys for Plaintiff
6  United States of America

7

8                        IN THE UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           CASE NO.  1:15-CR-00242-TLN
                                                   2:15-CR-00176-TLN
12 |            Plaintiff,

13 |      v.                             STIPULATION CONTINUING SENTENCING
                                         AND EXCLUDING TIME PERIODS UNDER
14 | VUTHIYA TIM,                        SPEEDY TRIAL ACT; FINDINGS AND ORDER

15 |            Defendant.               DATE: December 15, 2016
                                         TIME: 9:30 a.m.
16                                       COURT: Hon. Troy L. Nunley

17
                                    **STIPULATION**
18
          1.      By previous order of the Court, the defendant, Vithiya Tim ("Defendant"), was scheduled
19
   to be sentenced in case number 2:15-CR-00176 and case number 2:15-CR-00242, on December 15,
20
   2016.
21
          2.      By this stipulation, Defendant now move to continue the sentencings in both of those
22
   matters to May 25, 2017, and to exclude time between December 15, 2016, and May 25, 2017, under
23
   Local Code T4.
24
          3.      The parties agree and stipulate, and request that the Court find the following:
25
                  a)     The government has produced to Defendant extensive discovery in these two
26
          cases (numbers 2:15-CR-00176 and 2:15-CR-00242), including disks containing video footage,
27
          photographs, and more than 47,000 pages of documents.
28
                  b)     After negotiations, the parties reached a global resolution to the charges against

   STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND         1
   ORDER

1  Defendant in the separate Indictments in these matters.  On or about September 29, 2016,
2  Defendant entered guilty pleas to certain counts in the separate Indictments, pursuant to a written
3  plea agreement.

4         c)       Counsel for Defendant now requires additional time to review the extensive
5  discovery in these matters and prepare for sentencing.

6         d)       Counsel for Defendant believes that failure to grant the above-requested
7  continuance would deny counsel the reasonable time necessary for effective preparation, taking
8  into account the exercise of due diligence.

9         e)       The government does not object to the continuance.

10         f)       Based on the above-stated findings, the ends of justice served by continuing the
11  sentencing as requested outweigh the interest of the public and Defendant in a trial within the
12  original date prescribed by the Speedy Trial Act.

13         g)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
14  et seq., within which trial must commence, the time period of December 15, 2016 to May 25,
15  2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
16  T4] because it results from a continuance granted by the Court at Defendant's request on the
17  basis of the Court's finding that the ends of justice served by taking such action outweigh the
18  best interest of the public and the defendant in a speedy trial.

19  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the
20  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
21  must commence.

22  **IT IS SO STIPULATED**.

23  ///
24  ///

25  Dated:  December 9, 2016                    PHILLIP A. TALBERT
26                                                                           Acting United States Attorney
27                                                                           /s/ *ANDRÉ M. ESPINOSA*
28                                                                           ANDRÉ M. ESPINOSA
                                                                         Assistant United States Attorney

Dated:  December 9, 2016

/s/ *Christopher Cosca*
Christopher Cosca
Counsel for Defendant
Vuthiya Tim

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 12th day of December, 2016.

Troy L. Nunley
United States District Judge