PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
ANDRÉ M. ESPINOSA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VITHIYA TIM, <br><br> Defendant. | CASE NO.  2:15-cr-00176-TLN <br>                   1:15-cr-00242-TLN <br><br> **STIPULATION AND ORDER TO CONTINUE THE RESTITUTION HEARING** <br><br> DATE: JULY 27, 2017 <br> TIME: 9:30AM <br> COURT: HON. TROY L. NUNLEY |

Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Rosanne L. Rust, and defendant, Vithiya Tim, by and through his counsel, Chris Cosca, hereby stipulate as follows:

1. By previous order, this matter was set for a restitution hearing on July 27, 2017.

2. By stipulation, the parties now jointly move to continue that restitution hearing until August 31, 2017.  The government is in the process of creating a proposed stipulation setting the amount of restitution for Mr. Tim.  The government expects to submit that stipulation to defense counsel within the next few weeks.  If accepted, the stipulation would obviate the need for a hearing.

3. Accordingly, the parties request that the restitution hearing be continued to August 31, 2017.

///

IT IS SO STIPULATED.

Respectfully Submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  July 25, 2017

By: */s/ Rosanne L. Rust*
ROSANNE L. RUST
Assistant U.S. Attorney

ATTORNEY AT LAW, CHRIS COSCA

Dated:  July 25, 2017

By: */s/ Chris Cosca*
CHRIS COSCA
Attorney for VITHIYA TIM

## ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The restitution hearing in this matter is continued to August 31, 2017, at 9: 30 a.m.

**IT IS SO ORDERED.**

Dated: July 25, 2017

Troy L. Nunley
United States District Judge

2