PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
ANDRÉ M. ESPINOSA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VITHIYA TIM, <br><br> Defendant. | CASE NO.  2:15-cr-00176-TLN <br>           1:15-cr-00242-TLN <br><br> **STIPULATION AND ORDER TO CONTINUE THE RESTITUTION HEARING** <br><br> DATE: AUGUST 31, 2017 <br> TIME: 9:30AM <br> COURT: HON. TROY L. NUNLEY |

Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Rosanne L. Rust, and defendant, Vithiya Tim, by and through his counsel, Chris Cosca, hereby stipulate as follows:

1. By previous order, the restitution hearing in this matter was rescheduled for August 31, 2017.

2. The parties agree that this request for continuance now seeks to schedule the restitution hearing beyond 90 days from Ms. Tim's sentencing.  The parties agree, however, that "'. . . the purpose behind the statutory ninety-day limit on the determination of victims' losses is not to protect defendants from drawn-out sentencing proceedings or to establish finality; rather, it is to protect crime victims from the willful dissipation of defendants' assets.'" *United States v. Cienfuegos*, 462 F.3d 1160, 1162-63 (9th Cir. 2006) (quoting *United States v. Zakhary*, 357 F.3d 186, 191 (2d Cir. 2004)).

3.       The parties also agree that sentencing courts are not deprived of their authority to order restitution when they miss the ninety-day deadline "at least where . . . the sentencing court made clear prior to the deadline's expiration that it would order restitution, leaving open (for more than 90 days) only the amount." *Dolan v. United States*, 560 U.S. 605, 608 (2010).

4.       Against this backdrop and for the reasons articulated herein, by stipulation, the parties now jointly move to continue the restitution hearing until October 5, 2017, so that they may reach a resolution regarding the restitution amount.  The government has submitted a proposed restitution amount to defense counsel.  Defense counsel has stated that he needs more time to determine if that proposed amount is accurate, and to discuss this matter with his client.  Given that, along with defense counsel's current litigation schedule over the next several weeks, the parties request an extension of the restitution hearing.  The government expects that the parties will be able to resolve the restitution amount issue, and be able to submit a stipulation and proposed order to the Court by October 5, 2017, obviating the need for a hearing on this matter.

5.       Accordingly, the parties request that the restitution hearing be continued to October 5, 2017.

IT IS SO STIPULATED.

Respectfully Submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  August 28, 2017          By:    */s/ Rosanne L. Rust*
                                        ROSANNE L. RUST
                                        Assistant U.S. Attorney


                                        LAW OFFICE OF CHRIS COSCA
Dated:  August 28, 2017          By:    /s/ *Chris Cosca*
                                        CHRIS COSCA
                                        Attorneys for VITHIYA TIM

///

///

///

///

2

# ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The restitution hearing in this matter is continued to October 5, 2017, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: August 28, 2017

_____
Troy L. Nunley
United States District Judge