PHILLIP A. TALBERT
United States Attorney
ROSANNE RUST
ANDRÉ ESPINOSA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>VITHIYA TIM,<br><br>               Defendant. | CASE NOS. 2:15-cr-00176-TLN<br>           1:15-cr-00242-TLN<br><br>STIPULATION AND ORDER REGARDING RESTITUTION<br><br>DATE: October 5, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Troy L. Nunley |

The United States of America, by and through Assistant United States Attorney Rosanne Rust, and defendant Vithiya Tim, by and through his counsel Chris Cosca, respectfully request that the Court vacate the October 5, 2017, restitution hearing and order that defendant Vithiya Tim pay restitution in the amount of $82,164.84 for the following reasons:

      1.      The Court sentenced Mr. Tim on May 25, 2017, but did not order restitution at the time of sentencing. Instead, the matter of restitution was set to be determined at a later restitution hearing scheduled for July 27, 2017. ECF Nos. 177 (2:15-cr-00176-TLN) & 70 (1:15-cr-00242-TLN).

      2.      On or about July 25, 2017, this Court granted the parties' joint request to continue the restitution hearing to August 31, 2017.

      3.      On or about August 28, 2017, this Court granted the parties' joint request to continue the restitution hearing one additional time to October 5, 2017.

4.     Since the sentencing hearing, the parties have conferred regarding the proper restitution amount in this case.  Pursuant to those discussions, the parties hereby stipulate and agree that defendant Vithiya Tim shall be liable for restitution in the amount of $82,164.84, and that any restitution owed to the victim, Target, is owed jointly and severally with any co-defendant who has been ordered to pay restitution to the same victim.

5.     The parties also agree that the amount of restitution set forth in this Stipulation is supported by a preponderance of the evidence.

6.     Defendant further agrees to pay restitution as set forth herein and waives, to the full extent of the law, any appeal, collateral attack, or other challenge to the Court's restitution order. Defendant further agrees not to attempt to discharge in bankruptcy proceedings any remaining payment obligation under the restitution order imposed by the Court pursuant to this Stipulation.

7.     Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California.  The defendant shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy.  Pursuant to 18 U.S.C. § 3664(k), the defendant also understands that he must notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.

8.     The parties further agree that payment of restitution during Defendant's imprisonment should be made at the rate of not less than $25 per quarter, through the Bureau of Prisons Inmate Financial Responsibility Program.

9.     The parties will separately provide to the Clerk of the Court and Probation Office an itemized list of the amounts due to respective victims and the victims' addresses.

        IT IS SO STIPULATED.

Dated:  October 3, 2017                              PHILLIP A. TALBERT
                                                     United States Attorney


                                          By:   /s/ ROSANNE RUST
                                                ROSANNE RUST
                                                ANDRÉ ESPINOSA
                                                Assistant United States
                                                Attorneys

1 Dated: October 3, 2017

2                                    /s/ CHRIS COSCA
                                     CHRIS COSCA
3                                    Attorney for Defendant Vithiya Tim

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

The Court has reviewed the Stipulation of the parties for an order holding defendant Vithiya Tim liable for restitution in the amount of $82,164.84. Based on that stipulation and the defendant's obligation to pay restitution pursuant to 18 U.S.C. § 3663A, the Court finds good cause to enter an order holding Vithiya Tim liable for restitution in the amount of $82,164.84. The defendant shall pay restitution in the amount of $82,164.84, and any restitution owed to the victim, Target, is owed jointly and severally with any co-defendant who has been ordered to pay restitution to the same victim.

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. Payment of restitution during Defendant's imprisonment shall be made at the rate of not less than $25 per quarter, through the Bureau of Prisons Inmate Financial Responsibility Program.

The defendant shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy. Defendant agrees to pay restitution as set forth in the Stipulation and waives, to the full extent of the law, any appeal, collateral attack, or other challenge to the Court's restitution order.

Pursuant to 18 U.S.C. § 3664(k), the defendant must notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.

The parties are further ordered to provide the Clerk of the Court and the Probation Office within 7 days of this Order an itemized list of the victims, victims' addresses, and amounts owing to each victim. The hearing set for Thursday, October 5, 2017, in this case is hereby vacated.

**SO ORDERED.**

Dated: October 3, 2017

_____
Troy L. Nunley
United States District Judge