UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 31, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VITHIYA TIM,<br><br>Defendant. | Case Nos.<br>2:15-CR-00176-TLN and 1:15-CR-00242-TLN,<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release VITHIYA TIM, Case Nos. 2:15-CR-00176-TLN and 1:15-CR-00242-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Ordered to be released on Friday morning November 1, 2019 at 9:00 AM to Brad Porre or Attorney Kyle Knapp, on the terms and conditions stated on the record. The defendant is ordered to complete a 6-month residential treatment program and report to the Salvation Army in Stockton, California on November 1, 2019.

Issued at Sacramento, California on October 31, 2019 at 9:50 AM.

By: _____
District Judge Troy L. Nunley

# UNITED STATES DISTRICT COURT
## Eastern District of California

### Waiver of Hearing to Modify Conditions
### Of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

11. The defendant shall reside and participate in an inpatient correctional treatment program at the Salvation Army in Stockton, California, to obtain assistance for drug and/or alcohol abuse, for a period of 6 months.

12. The defendant is to have no contact with co-defendant Meghan Paradis unless through a designated 3rd party approved by the probation officer for issues specifically related to their child.

Witness _____  Signed _____
Wendy E. Reyes                    Vuthiya Tim
U.S. Probation Officer            Probationer or Supervised
                                  Releasee

10-31-19
Date

PROB 49