PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 2:15-CR-00176-TLN |
| --- | --- |
| Plaintiff, | 1:15-CR-00242-TLN |
| v. | STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER |
| VUTHIYA TIM, | DATE: November 4, 2021 |
| Defendant. | TIME: 9:30 a.m. |
|  | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on November 4, 2021.

2. By this stipulation, the parties now move to continue the admit/deny hearing until November 18, 2021, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the defendant desires additional time to meet with the defendant and discuss the upcoming hearing. Defense counsel's ability to do so has been hampered by the continuing fallout from the COVID-19 pandemic.

    b) The government does not object to the continuance.

///

///

c)  The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated:  November 3, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated:  November 3, 2021

/s/ KYLE KNAPP
KYLE KNAPP
Counsel for Defendant
VUTHIYA TIM

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 3rd day of November, 2021.

Troy L. Nunley
United States District Judge